UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARQUES FORD,

        Plaintiff,

        v.

PASSAIC CO. SHERIFFS DEPT,
et al.,

        Defendants.

Civil Action No. 08-6188 (JLL)

**ORDER**

**CLOSED**

For the reasons expressed in the Opinion filed herewith,

IT IS on this 23rd day of December, 2008,

ORDERED that Plaintiff's application to proceed <u>in forma pauperis</u> is hereby DENIED, without prejudice; and it is further

ORDERED that the Clerk of the Court shall supply to Plaintiff a blank form Application to Proceed <u>In Forma Pauperis</u>; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the Complaint or assessing a filing fee; and it is further

ORDERED that if Plaintiff wishes to reopen this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, 07101, within 30 days of the date of entry of this Order; Plaintiff's writing shall include

either (1) a complete in forma pauperis application, including an affidavit of indigence and certified six-month institutional account statements, certified by the appropriate official of each institution at which the prisoner is or was confined during the relevant time period, or (2) the $350 filing fee; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

                                                _____
                                                Jose L. Linares
                                                United States District Judge